STATE of Missouri, Respondent,

v.

Ronald WEINLOOD, Appellant.

No. WD 35580.

Missouri Court of Appeals,
Western District.

June 4, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Sean O'Brien, Public Defender, Lee M. Nation, Sp. Asst., Kansas City, for appellant.

William L. Webster, Atty. Gen., Mary Elise Burnett, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, first degree, in violation of § 569.160, RSMo 1978, and robbery, second degree, in violation of § 569.030, RSMo 1978.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Charles Kelly GREENLAW, Appellant.

No. WD 35732.

Missouri Court of Appeals,
Western District.

June 4, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
July 30, 1985.

Application to Transfer Denied
Sept. 10, 1985.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1978 and stealing, in violation of § 570.030, RSMo 1978.

Judgment affirmed. Rule 30.25(b).